UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BENG KHOON LOO a/k/a David Loo, et al.,

                        Plaintiffs,

                                                                       JUDGMENT
                                                                       17-cv-02558(ARR) (RER)

     v.

I.M.E. RESTAURANT, INC., et al.,

                        Defendants.
------------------------------------------------------------ X

       An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on December 27, 2018, granting defendants' summary judgment; dismissing plaintiffs' FSLA claims with prejudice; and dismissing plaintiffs' state-law claims without prejudice to renewal in state court; it is

       ORDERED and ADJUDGED that defendants' summary judgment motion is granted; that plaintiffs' FSLA claims are dismissed with prejudice; and that plaintiffs' state-law claims are dismissed without prejudice to renewal in state court.

Dated: Brooklyn, NY                                                            Douglas C. Palmer
December 28, 2018                                                        Clerk of Court

                                                                                    By: /s/*Jalitza Poveda*
                                                                                        Deputy Clerk